## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ROOSEVELT SMITH**                                                               **PLAINTIFF**

**VS.**                                  **Case No. 3:05CV00179 GTE/JFF**

**WHITE COUNTY SHERIFF PAT GARRETT,**
**and LIEUTENANT SMITH, both in**                                **DEFENDANTS**
**their official and individual capacities**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE, pursuant to Local Rule 5.5(c)(2).  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 4th day of December, 2006.

  /s/ Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE